1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6838
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )     No.  3-06-70184 BZ
                                       )
13        Plaintiff,                   )
                                       )     [PROPOSED] ORDER AND
14     v.                              )     STIPULATION EXTENDING TIME
                                       )     UNDER RULE 5.1 AND EXCLUDING
15  MARCO FLORES-MEDRANO,              )     TIME UNDER THE SPEEDY TRIAL ACT
    aka Marco Flores,                  )
16                                     )
          Defendant.                   )
17  _____   )

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19        1.  The parties initially appeared on the instant matter March 21, 2006 for defendant's

20  initial appearance on the complaint.  On April 4, 2006, the parties appeared in front of the

21  Honorable James Larson for arraignment, time was waived, and the matter was continued until

22  April 14, 2006 for arraignment.

23        2.  On April 14, 2006, the parties appeared in front of the Honorable James Larson for

24  arraignment, and the matter was again continued to April 28, 2006.

25        3.  On April 14, 2006, Assistant Public Defender David W. Fermino, who represents the

26  defendant, requested an exclusion of time from April 14, 2006 to April 28, 2006, based on

27  effective preparation and continuity of counsel.  The defendant agreed to an extension of time for

28  the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

STIPULATION AND PROPOSED ORDER          1
3-06-70184 BZ

1  time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to

2  lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension

3  of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree

4  that the time from April 14, 2006 to April 28, 2006 should be extended under Rule 5.1(d) and

5  excluded in computing the time within which an information or indictment must be filed.  See 18

6  U.S.C. § 3161(h)(8)(A) and (B)(iv).

7      4.  In light of the foregoing facts, the failure to grant the requested exclusion would

8  unreasonably deny counsel for the defense the reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

10  be served by the Court excluding the proposed time period.  These ends outweigh the best

11  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

12      5.  For the reasons stated, the time period from April 14, 2006 to April 28, 2006 is

13  extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial

14  Act, 18 U.S.C. § 3161(h)(8)(A).

15

16  IT IS SO STIPULATED.

17

18  DATED: _____                    Respectfully Submitted,

19

20  _____/S/_____
     NAHLA RAJAN
     Special Assistant United States Attorney

21

22  DATED: _____          _____/S/_____
     DAVID W. FERMINO
23   Counsel for Marco Flores-Medrano

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  DATED:  __May 2, 2006__

27  HONO...        IT IS SO ORDERED
     United S...

28                                        Judge James Larson